UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WEST COAST DISTRIBUTING, INC., a Massachusetts corporation,

Plaintiff,

v.

AMERICAN TRANSPORT, INC., a Washington corporation,

Defendant.

Case No. C08-5140FDB

ORDER GRANTING LEAVE TO FILE RESPONSE

Defendant moves for reconsideration of the Court's Order and Judgment of Default. Defendant reasserts the point that it had filed a lawsuit against Plaintiff in California, which should have put Plaintiff on notice that Defendant intended to litigate Plaintiff's claims; argues that under *Jones v. Flowers*, 547 U.S. 220, 233-34 (2006) the certified mail from the Secretary of State was inadequate notice; and the Court should allow Defendant to introduce evidence of excusable neglect because Defendant has good cause for not presenting evidence on that issue.

NOW, THEREFORE, IT IS ORDERED: Plaintiff West Coast Distributing is GRANTED leave to file a response to Defendant's Motion for Reconsideration and shall have until Tuesday, September 30, 2008 to file a response; Defendant may file a reply Thursday, October 2, 2008. This matter shall be noted for consideration Friday, October 3, 2008.

DATED this 23rd day of September, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1