UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WEST COAST DISTRIBUTING, INC., a Massachusetts corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN TRANSPORT, INC., a Washington corporation,<br><br>　　　　Defendant. | Case No. C08-5140FDB<br><br>ORDER DENYING RECONSIDERATION |

American Transport, Inc. (ATI) moves for reconsideration of the Court's order denying motion to vacate default judgment, and the Court granted leave for Plaintiff West Coast to file a response, and for ATI to file a reply. ATI presents new arguments (1) that it evinced a clear intention to defend when it filed its collection action in California and (2) that ATI's principal's transient business excuses him from the duties of a corporate agent for service of process. The Court is not persuaded by either of these arguments, which are more fully elaborated in West Coast's brief. ACCORDINGLY,

IT IS ORDERED: Defendant's Motion for Reconsideration [Dkt. # 20] is DENIED.

DATED this 7th day of October, 2008.

　　　　　　　　　　　　　　　　／s／ Franklin D. Burgess
　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1